# United States District Court

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

v.

JAIME FRANCO-CONTRERAS

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:05mj 95 -B

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 9, 2005,__ in __Montgomery__ county, in the __Middle__ District of __Alabama__ defendants did,

knowingly with intent to deceive, falsely represent a number to be the Social Security account number assigned by the Secretary to him or to another person, when in fact such number is not the Social Security account number assigned by the Secretary to him or to such other person,

in violation of Title __42__ United States Code, Section(s) __408(a)(7)(B)__

I further state that I am an __Agent of the U.S. Immigration and Customs Enforcement (ICE)__ and that this complaint is based on the following facts:
                                     Official Title

See attached Affidavit which is incorporated by reference herein

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__AUGUST 17, 2005__ at __MONTGOMERY, ALABAMA__
Date                                    City and State

DELORES R. BOYD, U. S. MAGISTRATE JUDGE   _____
Name & Title of Judicial Officer           Signature of Judicial Officer

# AFFIDAVIT

I, Blake Diamond, being duly first sworn, do hereby state and affirm that:

I am a duly sworn Special Agent of the U.S. Immigration and Customs Enforcement (ICE) assigned to the office of the Resident Agent in Charge, Mobile, Alabama. I have been employed as a federal agent for approximately nine years. My principal assignment has been to conduct criminal investigations of persons involved in violation of the United States Code relating to Title 8 - Aliens and Nationality.

On August 09, 2005, an individual identified as Jaime FRANCO-Contreras entered the Montgomery Driver License Office and submitted an application for a driver license. FRANCO-Contreras presented himself to Examiner Debra Andrews for an Alabama driver license and produced a Social Security Card bearing the name JAIME FRANCO CONTRERAS and the number 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 as proof of identification. Recognizing the card as fraudulent, Examiner Andrews notified Alabama State Trooper and ICE Officer Robert Thompson. Trooper Thompson conducted a query of the Social Security database and revealed the number was not assigned to FRANCO-Contreras and that the card is fraudulent. FRANCO-Contreras was also in possession of a Mexican Voter Registration card bearing the name JAIME FRANCO CONTRERAS.

At that time Trooper Thompson informed FRANCO-Contreras of his Miranda Warnings. He waived his right to counsel and agreed to answer questions without the presence of an attorney. Upon questioning, FRANCO-Contreras freely and voluntarily admitted was a native and citizen of Mexico illegally present in the United States. He claimed that he last entered the United States illegally near Hidalgo, Texas on or about December 14, 1999. FRANCO-Contreras claimed he was given the fraudulent Social Security Card by his former employer in Virginia. He failed to identify the name of the employer or the person who provided him the card.

Based upon this information Trooper Thompson charged FRANCO-Contreras for Criminal Possession of Forged Instrument. He was placed in the Montgomery County Jail and an Immigration Detainer was filed.

1

On August 17, 2005, I contacted Charleen Strong with the Social Security Administration. She conducted a search of their database with the number 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. The search revealed that the number was registered to Melissa Alice Fratzke, who is a U.S. citizen born in Miller Hand, South Dakota.

   Jaime FRANCO-Contreras is in violation of, but not limited to, Title 42 U.S.C. 408(a)(7)(B), Whoever knowingly with intent to deceive, falsely represents a number to be the Social Security account number assigned by the Secretary to him or to another person, when in fact such number is not the Social Security account number assigned by the Secretary to him or to such other person, that is Social Security number 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. The penalty, upon conviction, for this offense shall be a fine under Title 18, or imprisonment not more that 5 years, or both.

_____
Blake Diamond, Affiant
U.S. Immigration and Customs Enforcement


Sworn to and subscribed before me
this 17th day of August, 2005.

_____
United States Magistrate Judge

2