| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

| | |
|---|---|
| √ INITIAL APPEARANCE | DATE: August 18, 2005 |
| ❐ BOND HEARING | |
| ❐ DETENTION HEARING | Digital Recording 3:13 - 3:36 |
| √ PRELIMINARY EXAMINATION | |
| ❐ REMOVAL HEARING (R.40) | Court Reporter: Risa Entrekin |
| ❐ ARRAIGNMENT | |

---

**PRESIDING MAG. JUDGE:** Delores R. Boyd    **DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:05mj95-B    **DEFENDANT NAME:** Jamie Franco-Contreras

**AUSA:** Tommie Hardwick    **DEFT. ATTY:** Karl Nastrom

Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Ron Thweatt

Interpreter needed: ( ) NO; (√) YES   Name: Beverly Childress

---

| | |
|---|---|
| √ | Date of Arrest August 17, 2005 or ❐ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❐ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❐ | Panel Attorney Appointed; ❐ to be appointed - prepare voucher |
| ❐ | Deft. Advises he will retain counsel. Has retained _____ |
| ❐ | ❐ Government's ORAL Motion for Detention Hrg. ❐ to be followed by written motion; ❐ Government's WRITTEN Motion for Detention Hrg. filed |
| ❐ | Detention Hearing ❐ held; ❐ set for |
| ❐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❐ | Release order entered. Deft advised of conditions of release |
| ❐ | ❐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| √ | Bond not executed. Defendant to remain in Marshal's custody (Detainer) |
| ❐ | Deft. ORDERED REMOVED to originating district |
| ❐ | Waiver of ❐ preliminary hearing; ❐ Waiver Rule 40 hearing |
| √ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ❐ | ARRAIGNMENT ❐HELD. Plea of NOT GUILTY entered. ❐Set for DISCOVERY DISCLOSURE DATE: |
| ❐ | WAIVER of Speedy Trial. CRIMINAL TERM: |
| ❐ | NOTICE to retained Criminal Defense Attorney handed to counsel |