IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA     \*

    \*

VS.     \*     2:05mj95-B

    \*

JAMIE FRANCO-CONTRERAS     \*

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|

1. Blake Diamond